| CLAIM FOR DAMAGE, INJURY, OR DEATH<br>4:23-cv-00632-KGB-JTK | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED<br>OMB NO. 1105-0008 |
|---|---|---|

FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 05 2023
TAMMY ___ CLERK
By: _____ DEP CLERK

**1. Submit to Appropriate Federal Agency:**
Richard Sheppard Arnold United States Courthouse 600 West Capital Avenue Suite A-149 Little Rock Ar 72201

**2. Name, address of claimant, and claimant's personal representative (See instructions on reverse). Number, Street, City, State and Zip Code**
Rushawn Ladole Williams FCI Beaumont Post office Box 26040 Beaumont Tx 77720

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY  ☑ CIVILIAN
**4. DATE OF BIRTH:** 1-14-1979
**5. MARITAL STATUS:**
**6. DATE AND DAY OF ACCIDENT:**
**7. TIME (A.M. OR P.M.):**

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

I retained Lawyer Greg Bryant by verbal + written contract. The amount of 15 thousand dollars was paid. His representation was very unprofessional. He was told to file motion on my behalf. Told me that he wasn't going to file anything. He was told not to discuss my case to people but did anyway. Talked disrespectful and threatened me and love ones and withdrew off my case without notice.

**9. PROPERTY DAMAGE**
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
I am requesting my retainer fee plus mental stress, mental anguish, pain and suffering

**10. PERSONAL INJURY/WRONGFUL DEATH**
STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Failure to comply with contract

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Lakesha Calvin | 5611 old Hickory Rd Little Rock Ar 72205 (501-952-9087) |

**12.** (See instructions on reverse). **AMOUNT OF CLAIM (in dollars)** 150 thousand Dollars

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Breach of Contract | | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

This case assigned to District Judge Baker and to Magistrate Judge Kearney

Rashown Ladale Williams #22523-009
FCI Beaumont
P.O. Box 26040
Beaumont, Texas 77720

NORTH HOUSTON TX 773
29 JUN 2023 PM 2 L

Office of the Clerk
Richard Sheppard Arnold
United States Courthouse
Little Rock, Ark 72201

7220139999