IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RASHAUN LADALE WILLIAMS**                                                                      **PLAINTIFF**
Reg #22723-009

v.                         Case No. 4:23-cv-00632-KGB

**DOE**                                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Rashaun Ladale Williams's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

So adjudged this 27th day of January, 2026.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge